ROSS A. BAER et al., Appellants, v. SIGMUND P. SCHWARTZ, Respondent, et al., Defendants.—

540

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.